### In re Daniel J. HERBOLD.

No. 2009–1247.

United States Court of Appeals, Federal Circuit.

Oct. 22, 2009.

Brett A. North, Garvey, Smith, Nehrbass & North, L.L.C., of Metairie, LA, for appellant.

Raymond T. Chen, Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, for the Director of the United States Patent and Trademark Office. With him on the brief were William G. Jenks, Frances M. Lynch, and Sydney O. Johnson, Jr., Associate Solicitors.

NEWMAN, BRYSON, and LINN, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.